**Electronically Filed
Intermediate Court of Appeals
CAAP-17-0000351
22-APR-2019
01:28 PM**

NO. CAAP-17-0000351

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


STATE OF HAWAI'I, Plaintiff-Appellant,
v.
GAREN B. WINHAM, also known as GAREN B.M. WINHAM,
GAREN B. WINWARD, GAREN BERNICE MAILE WINHAM,
Defendant-Appellee.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CRIMINAL NO. 16-1-1356)


ORDER DENYING APRIL 12, 2019 MOTION FOR RECONSIDERATION
OF THE SUMMARY DISPOSITION ORDER FILED APRIL 4, 2019
(By: Fujise, Presiding Judge, Leonard and Chan, JJ.)

Upon consideration of the April 12, 2019 "Motion for
Reconsideration of the Summary Disposition Order Filed April 4,
2019," filed by Defendant-Appellee Garen B. Winham (Winham), the
papers in support, and the record, it appears that:

(1) Winham seeks reconsideration of the April 4, 2019
Summary Disposition Order; and

(2) Winham has not raised any point of law or fact the
court overlooked or misapprehended in the April 4, 2019 Summary
Disposition Order, see Rule 40(b) of the Hawai'i Rules of
Appellate Procedure.

Therefore, IT IS HEREBY ORDERED that the motion is denied.

DATED: Honolulu, Hawaiʻi, April 22, 2019.

Presiding Judge

Associate Judge

Associate Judge